UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHEL HART, as Personal Representative
Of the ESTATE OF CODY SERDA,

       Plaintiff,                                    No. 1:19-cv-00529-KG-JFR

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

       Defendant.

## ORDER GRANTING THE PARTIES' JOINT MOTION TO BIFURCATE THE DECLARATORY ACTION FROM THE UNDERLYING TORT CLAIM(S) AND TO EXTEND DEADLINES FOR EXPERT WITNESS DISCLOSURE

THIS MATTER came before the Court on the parties' Joint Motion to Bifurcate the Declaratory Action from the Underlying Tort Claim(s) and to Extend Deadlines for Expert Witness Disclosure (Doc. 21), filed November 13, 2019. In the Motion (Doc. 21), the parties request that adjudication of the Declaratory Action be separated from adjudication of the facts and damages regarding the underlying tort claim. The parties further request a preliminary extension on the Expert Witness Disclosure deadline for thirty (30) days from the date the Court has entered an order regarding the declaratory relief requested in the Complaint to allow the parties to proceed toward dispositive motions practice on the Declaratory Action.

As the parties agree that bifurcation of the proceedings (including discovery) would be appropriate in this case, the Court hereby GRANTS the Motion to Bifurcate. The Court further GRANTS the Motion to extend the present Expert Witness Disclosure deadlines for thirty (30) days from the date the Court issues an order regarding the declaratory relief requested in the Complaint.

                                                                                _____
                                                                                UNITED STATES DISTRICT JUDGE

Respectfully submitted,



_____
Eva K. Blazejewski
Heather K. Hansen
Blazejewski & Hansen, LLC
2501 Rio Grande Blvd NW, Suite B
Albuquerque, New Mexico 87104
(505) 554-1660
(505) 393-4508 Facsimile
eva@blazehansenlaw.com
heather@blazehansenlaw.com


And approved by electronic mail by:

*John Stiff by E-Mail 11/21/2019*

_____
John Stiff
Stiff, Keith & Garcia
400 Gold Avenue Southwest
Suite 1300
Albuquerque New Mexico 87102
Telephone 505-243-5755
cell phone 505-235-5701
jstiff@stifflaw.com