IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHEL HART, as Personal Representative
of the ESTATE OF CODY SERDA,

       Plaintiff,                              No. 1:19-cv-00529-KG-JFR

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

       Defendant.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE BRIEF

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion to Extend Time for Plaintiff's Response Brief (Doc. 25), and the Court having reviewed the Motion and noting that it is unopposed, finds that the Motion is well-taken and should be GRANTED. It is hereby ORDERED that Plaintiff shall file his Response brief no later than March 3, 2020.

_____
UNITED STATES DISTRICT JUDGE