IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL HART, as Personal Representative
of the ESTATE OF CODY SERDA,

      Plaintiff,

v.                                                             No.: 1:19-cv-00529-KG-JFR

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.

## STIPULATED ORDER TO EXTEND DEADLINES

THIS MATTER having come before the Court upon Defendant State Farm Mutual Automobile Insurance Company's Unopposed Motion to Extend Deadlines [Doc. 29], and the Court being duly advised FINDS:

1. That the Court has jurisdiction over the parties.

2. That Defendant's Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant State Farm Mutual Automobile Insurance Company's deadline to file its Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment and Response to Plaintiff's Cross-Motion for Summary Judgment has been extended until *March 31, 2020.*

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ John S. Stiff*
John S. Stiff
Stiff, Keith & Garcia, LLC
400 Gold Ave., SW, Suite 1300
Albuquerque, NM 87102
(505) 243-5755
jstiff@stifflaw.com
*Attorney for Defendant*

Approved,

*Email approval 3/17/20*
Eva K. Blazejewski
Heather K. Hansen
Blazejewski & Hansen, LLC
2501 Rio Grande Blvd., NW, Suite B
Albuquerque, NM 87104
(505) 554-1660
eva@blazehansenlaw.com
heather@blazehansenlaw.com
*Attorneys for Plaintiff*