IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL HART,
Personal Representative of the
Estate of Cody Serda,

      Plaintiff,

v.                                                                      No. 1:19-cv-00529 MIS/JFR

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.

## ORDER STRIKING DISPOSITIVE MOTIONS (ECF NOS. 95 AND 102)

THIS MATTER comes before the Court sua sponte, having noted that both parties filed dispositive motions subsequent to the deadline to do so. In particular, on July 3, 2023, Plaintiff filed a Motion for Summary Judgment, ECF No. 95, and Defendant filed a Motion for Judgment on the Pleadings, ECF No. 102. However, according to the court docket in this case, the last deadline entered for dispositive motions was April 18, 2022. *See* ECF No. 72. Indeed, this case is set for trial on September 11, 2023. *See* ECF No. 92.

There is no indication that the parties obtained any extension from the above date for dispositive motions. Thus, both dispositive motions, ECF Nos. 95 and 102, are untimely and shall be STRICKEN for failure to comply with the Magistrate Judge's Order.

**IT IS SO ORDERED.**

_Margaret Strickland_
_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE