IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL HART,
Personal Representative of the
Estate of Cody Serda,

    Plaintiff,

v.                                      No. 1:19-cv-00529 MIS/JFR

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

## ORDER DENYING DEFENDANT'S MOTION TO HOLD TRIAL IN ALBUQUERQUE

THIS MATTER comes before the Court on Defendant's Renewed and Unopposed Motion to Hold Trial in Albuquerque ("Motion"), ECF No. 108. The Court is mindful that holding trial in Las Cruces is inconvenient to Defendant's counsel. However, the Court filed its Order Setting Jury Trial in January of this year. *See* ECF No. 92. The Court therefore finds that the inconvenience, while personally significant to counsel, is not so extraordinary as to outweigh the need to bring this matter to a speedy resolution by refusing to disturb the imminent trial setting, in a courtroom that has long been reserved for the purpose. For these reasons, the Motion is **DENIED.**

    **IT IS SO ORDERED.**

                                                  **MARGARET STRICKLAND**
                                                  UNITED STATES DISTRICT JUDGE